No. 1035.  CALIFORNIA *v.* FLORES.  Dist. Ct. App. Cal., 2d App. Dist.  Motion to dispense with printing respondent's brief granted.  *Thomas C. Lynch,* Attorney General

of California, *William E. James*, Assistant Attorney General, and *Charles A. Collins*, Deputy Attorney General, for petitioner.